# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ADRIANA BEATRIZ GOVEA (1),<br><br>      Defendant. | CASE NO. 14CR3098-W<br><br>**JUDGMENT OF DISMISSAL** |

FILED JUL 2 0 2015 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21 U.S.C. 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/20/15

                Thomas J. Whelan
                U.S. District Judge